Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
Email: ajacobs@swlaw.com
          bgriffith@swlaw.com
          wklomp@swlaw.com
*Attorneys for Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIRST 100, LLC a Nevada limited-liability company;<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national association; MTC FINANCIAL, INC. d/b/a TRUSTEE CORPS, a foreign corporation; CITY OF LAS VEGAS, a political subdivision; DOES I through X; and ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | Case No.: 2:13-cv-00431-JCM-PAL<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

It is hereby stipulated by and between Defendant, Wells Fargo Bank, N.A. ("Wells Fargo") through its attorneys, the law firm of Snell & Wilmer L.L.P., and Plaintiff, First 100, LLC ("First 100"), through its attorneys, the law firm of Maier Gutierrez Ayon, as follows:

Pursuant to the Stipulation and Order for an Extension of Time to File a Responsive Pleading to Plaintiff's Complaint (Dkt. #50) filed on October 19, 2015, Wells Fargo's response to First 100's Complaint on file herein is due Thursday, November 5, 2015. This matter has recently been remanded to this Court from the Ninth Circuit Court of Appeals for further proceedings. Based upon the fact that this case presents unique facts affecting the procedural posture of the case about which the Parties are in discussions, Wells Fargo and First 100 stipulate and agree that

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702) 784-5200

Wells Fargo shall have until December 5, 2015, in which to file a response to the Complaint. This is the Parties' second request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party. Rather the request is made to give the Parties time to adequately address the current procedural posture of the case and for potential settlement discussions.

DATED this 5th day of November 2015.    DATED this 5th day of November 2015.

SNELL & WILMER L.L.P.    MAIER GUTIERREZ AYON

By: ___/s/ Wayne Klomp_____   By: ___/s/ Luis A. Ayon_____
    Andrew M. Jacobs, Esq.       Luis A. Ayon, Esq.
    Nevada Bar No. 12787       Nevada Bar No. 9752
    Blakeley E. Griffith, Esq.     Margaret E. Schmidt, Esq..
    Nevada Bar No. 12386       Nevada Bar No. 12489
    Wayne Klomp, Esq.        400 So. Seventh Street, Suite 400
    Nevada Bar No. 10109       Las Vegas, NV 89101
    3883 Howard Hughes Parkway, Suite 1100   Telephone:  (702) 629-7900
    Las Vegas, NV 89169      Facsimile:  (702) 629-7925
    Telephone:  (702) 784-5200     *Attorneys for Plaintiff First 100, LLC*
    Facsimile:  (702) 784-5252
    *Attorneys for Defendant Wells Fargo Bank*

### ORDER

IT IS SO ORDERED.

Dated this 9th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

SNELL & WILMER L.L.P.

___/s/ Wayne Klomp_____
Wayne Klomp, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Wells Fargo Bank, N.A.*

22855381

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 5, 2015, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED:  November 5, 2015

<u>    /s/ Lara J. Taylor                                   </u>
An Employee of Snell & Wilmer L.L.P.

22855381