UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FIRST 100, LLC, <br><br> Plaintiff, <br> v. <br> MTC FINANCIAL, INC., et al., <br><br> Defendants. | Case No. 2:13-cv-00431-JCM-PAL <br><br> ORDER |

This matter is before the court on the parties' Joint Status Report (ECF No. 65). Plaintiff and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") notified the court on June 17, 2016, that they had reached a settlement. The court gave the parties until July 18, 2016, to file a stipulation to dismiss or file a joint status report advising when the stipulation would be filed. The parties did neither, requiring the court to enter an order to show cause. Sixty days after advising the court a settlement has been reached, and more than 30 days after the deadline to file the stipulation to dismiss or a status report indicating when it would be filed, the parties now state they will file a supplemental status report informing the court of their progress if a stipulation to dismiss is not filed. This case is more than 3 years old. The discovery cutoff expired July 11, 2016. The deadline for filing dispositive motions expired August 9, 2016. The deadline for filing the joint pretrial order is Sept 9, 2016. If the case has truly settled the stipulation to dismiss is long overdue. If it has not and the parties are merely seeking to delay proceedings further efforts will be unsuccessful.

**IT IS ORDERED** that the parties shall have until **September 16, 2016**, to file the stipulation to dismiss with prejudice if they have resolved their disputes. If not the parties shall file a joint pretrial order.

1  **IT IS FURTHER ORDERED** that **NO FURTHER EXTENSIONS WILL BE
2  ALLOWED**.
3  DATED this 23rd day of August, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2